UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: McGARRY & SIMON - 137

SOLOMON LEAKE AND HAYDEN MAE LEAKE

Plaintiff(s)

- against -

PHROSKA LEAKE MCALISTER

Defendant(s)

Index #: 07 CV 2947

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 24, 2007 at 12:01 PM at

116 WEST 23TH STREET SUITE 197 (5TH FLOOR)
NEW YORK, NY 10011

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on PHROSKA LEAKE MCALISTER, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MS. PEUTA GASHI a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 20 | 5'3 | 125 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

116 WEST 23TH STREET SUITE 197 (5TH FLOOR)
NEW YORK, NY 10011

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 25, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 25, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18,

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DAVID GOLDBERG**
License #: 916033
Docket #: 473362