UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Solomon Leake and Hayden Leake,

             Plaintiff(s),                   07 Civ. 02947 (CM) (GWG)

 -against-                            ORDER OF REFERENCE
                                         <u>TO A MAGISTRATE JUDGE</u>

Phroska Leake McAlister,

             Defendant(s).

_____X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States
Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | _____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Discovery Supervision | _____ Social Security |
| _____ Specific Non-Dispositive Motion/Dispute:* | _____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| _____ | Purpose:_____ |
| _____ | |
| _____ Settlement* | _____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| _____ Inquest After Default/Damages Hearing | |
| _____ Habeas Corpus |  Particular Motion:_____ |
| | _____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: *5 3 07*
      New York, New York            SO ORDERED

                                     _____
                                     Hon. Colleen McMahon
                                     United States District Judge

USDNY
DOCUMENT
ELECTRONICALLY FILED
DATE 5/3/07