# Affidavit of Service

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW                    CASE NUMBER 07 CV 2947

SOLOMON LEAKE and
HAYDEN MAE LEAKE,

      PLAINTIFF/PETITIONER,

vs

PHROSKA LEAKE MCALISTER,

      DEFENDANT/RESPONDENT CASE NUMBER

---

    I   SHANON McALISTER, declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. I reside at 1763 Second Avenue, NY NY, and

    On   May 15,   2007,   I Served a true copy of the annexed ANSWER

by mailing the same in a sealed envelope, with postage prepaid thereon, in a a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s), as indicated below:

WILLIAM A. SIMON, Attorney for Plaintiffs
MCGARRY & SIMON
317 MADISON AVENUE SUITE 1511
NEW YORK, NY 10017-5021
212-867-0100

May 15, 2007
New York, NY

_____
SIGNATURE OF PROCESS SERVER