UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLOMON LEAKE and
HAYDEN MAE LEAKE,

                                                                               RULE 26(a)
                                Plaintiffs,                  <u>DISCLOSURE</u>

                            -against-                      07 Civ. 2947 (CM)

PHROSKA LEAKE McALISTER,                  ECF CASE

                                  Defendant.
------------------------------------------------------------x

       Plaintiffs, SOLOMON LEAKE and HAYDEN MAE LEAKE, as and for their required disclosures pursuant to Rule 26(a), provide the following information:

       (A)    The names, addresses and telephone numbers (if known) of each individual likely to have discoverable information that plaintiffs may use to support their claims are:

Solomon Leake and Hayden M. Leake (Plaintiffs)
28 Lynnwood Drive
Hampton, Virginia 23666-3516
( 757) 838-2873

Adrianne V. Leake
31 Halley Drive
Pomona, New York 10970
(845) 354-3209

Sundy Leake
51 MacDougal Street
No. 104
New York, NY 10012
(212) 722-6920

Sharon Coles-Stewart, Esq.
6022 Jefferson Avenue, Suite 100
Newport News, Virginia 23605-3000
(757) 380-1005

Aaron L. Reynolds
130 West 42nd Street, Suite 505
New York, NY 10036
(212) 575-1620

Ann J. Lemon
Michael Cummins
George Arias
UBS PaineWebber
1251 Avenue of the Americas, 2nd Floor
New York, NY 10019
(212) 626-8854

Hartford Life Insurance
P.O. Box 5085
Hartford, CT 06102-5085
Attn.: Patrice Kelly Ellis

Bank of America

       (B)    Copies of documents stamped "1" through "439" are being mailed to the defendant *pro se* today.

       (C)    Calculation of damages cannot be made until further discovery is undertaken.

       (D)    There is no relevant insurance agreement.

Dated: New York, New York
       July 20, 2007

                                                  McGARRY & SIMON

                                          By:_____
                                              William A. Simon (WS-4604)
                                              Attorneys for Plaintiffs
                                              317 Madison Avenue, Suite 1511
                                              New York, New York 10017
                                              (212) 867-0100

TO:    PHROSKA LEAKE McALISTER, ESQ.
          Defendant *Pro Se*
          116 West 23rd Street, 5th Floor, #197

New York, NY 10011