UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLOMON LEAKE and
HAYDEN MAE LEAKE,　　　　　　　　　　　NOTICE OF MOTION FOR
　　　　　　　　　　　　　　　　　　　　　　　LEAVE TO SERVE
　　　　　　　　　　Plaintiffs,　　　　　　　AMENDED COMPLAINT

　　　　　-against-　　　　　　　　　　　　07 Civ. 2947 (CM)

PHROSKA LEAKE McALISTER,　　　　　　　ECF CASE

　　　　　　　　　　Defendant.
------------------------------------------------------------x

　　　　　PLEASE TAKE NOTICE that upon the accompanying affirmation of William A. Simon, Esq., affirmed July 31, 2007, and the Exhibits annexed thereto, the plaintiffs, Solomon Leake and Hayden Mae Leake, by and through their attorneys, McGarry & Simon, will move this Court pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to serve and file an amended complaint in the form annexed to the said affirmation., and for such other, further, and different relief as to this Court shall seem just and proper.

Dated: New York, New York
　　　　July 31, 2007

　　　　　　　　　　　　　　　　　　　McGARRY & SIMON

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　William A. Simon (WS-4604)

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　317 Madison Avenue, Suite 1511
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Telephone No. (212) 867-0100
　　　　　　　　　　　　　　　　　　　Facsimile No. (212) 867-3243

TO:　　PHROSKA L. McALISTER, ESQ.
　　　　Pro Se Attorney for Defendant
　　　　116 West 23rd Street, 5th Floor #197
　　　　New York, New York 10011
　　　　Telephone No. (212) 475-7085