SOLOMON LEAKE ET ANO

Plaintiff(s)

Index #: 07 CIV 2947 (CM)

- against -

Date Filed:
Court Date: September 26, 2007

**AFFIDAVIT OF SERVICE**

PHROSKA LEAKE MCALISTER

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 22, 2007 at 12:40 PM at

161 BROADWAY
NEW YORK, NY10007

Deponent served the within true copy of the SUBPOENA on BANK OF AMERICA, N.A., the witness/recipient therein named,

CORPORATION  by delivering thereat a true copy of each to MR. DANNY GOMEZ personally, deponent knew said corporation so served to be the corporation described in said SUBPOENA as said witness/recipient and knew said individual to be the PERSONAL BANKER thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 25 | 5'6 | 150 |

Sworn to me on:  August 22, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 499862