SOLOMON LEAKE ET ANO

Plaintiff(s)

Index #: 07 CIV 2947 (CM)

- against -

Date Filed:
Court Date: September 26, 2007

PHROSKA LEAKE MCALISTER

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 23, 2007 at 02:25 PM at

4 WORLD FINANCIAL CENTER
222 BROADWAY, LOBBY
NEW YORK, NY10080

deponent served the within true copy of the SUBPOENA on MERRILL LYNCH & CO., INC., the witness/recipient therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. DESIRAE WELLS personally, deponent knew said corporation so served to be the corporation described in said SUBPOENA as said  witness/recipient and knew said individual to be the ASST. VICE PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 25 | 5'1 | 110 |
| GLASSES | | | | | |

Sworn to me on: August 24, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DAVID GOLDBERG**
License #: 916033
Docket #: 499861