|  |  |
|---|---|
| SOLOMON LEAKE ET ANO | Index #: 07 CIV 2947 (CM) |
| Plaintiff(s) | |
| - against - | Date Filed: |
| PHROSKA LEAKE MCALISTER | Court Date: September 26, 2007 |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 28, 2007 at 01:43 PM at

200 LIBERTY STREET NY4F, 4TH FLOOR
NEW YORK, NY10281

deponent served the within true copy of the SUBPOENA on NATIONAL FINANCIAL SERVICES CORPORATION, the witness/recipient therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. DAVID FREDERICKS personally, deponent knew said corporation so served to be the corporation described in said SUBPOENA as said witness/recipient and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 39 | 5'10 | 195 |

Sworn to me on: August 29, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 499865