SOLOMON LEAKE ET ANO

Index #: 07 CIV 2947 (CM)

Plaintiff(s)

- against -

Date Filed:
Court Date: September 26, 2007

PHROSKA LEAKE MCALISTER

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARLO JEAN-FRANCOIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 30, 2007 at 03:20 PM at

299 PARK AVENUE
NEW YORK, NY10019

deponent served the within true copy of the SUBPOENA on UBS F/K/A UBS PAINE WEBBER, the witness/recipient therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. KAREN YEN personally, deponent knew said corporation so served to be the corporation described in said SUBPOENA as said witness/recipient and knew said individual to be the LEGAL CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BLACK | 29 | 5'7 | 120 |

Authorized to accept service by Legal Department

Sworn to me on:  August 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

CARLO JEAN-FRANCOIS
License #: 911217
Docket #: 499863