```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLOMON LEAKE and
HAYDEN MAE LEAKE,

                Plaintiffs,

-against-

PHROSKA LEAKE McALISTER,

                Defendant.
------------------------------------------------------------x

NOTICE OF MOTION FOR
LEAVE TO SERVE
AMENDED COMPLAINT

07 Civ. 2947 (CM)

ECF CASE

## MEMO ENDORSED

    PLEASE TAKE NOTICE that upon the accompanying affirmation of William A. Simon, Esq., affirmed July 31, 2007, and the Exhibits annexed thereto, the plaintiffs, Solomon Leake and Hayden Mae Leake, by and through their attorneys, McGarry & Simon, will move this Court pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to serve and file an amended complaint in the form annexed to the said affirmation, and for such other, further, and different relief as to this Court shall seem just and proper.

Dated: New York, New York
       July 31, 2007

                                    McGARRY & SIMON

                                    By: _____
                                        William A. Simon (WS-4604)

                                    Attorneys for Plaintiffs
                                    317 Madison Avenue, Suite 1511
                                    New York, New York 10017
                                    Telephone No. (212) 867-0100
                                    Facsimile No. (212) 867-3243

TO:   PHROSKA L. McALISTER, ESQ.
       Pro Se Attorney for Defendant
       116 West 23rd Street, 5th Floor #197
       New York, New York 10011
       Telephone No. (212) 475-7085

*10/17/07 Granted [handwritten endorsement, signature]*