## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK
COUNTY OF NEW YORK ss:

I, SHANON McALISTER duly affirm under penalty of law, depose and say:

I am over 18 years of age and not a party to this action and I reside in the State of New York. On November 9, 2007 I served the within instrument upon Plaintiff's Attorney as named in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to:

_____

Affirmed to Before Me this

_____ day of _____ 2007

_____
STEVEN E. HILLER
Notary Public, State of New York
No. 01HI4507658
Qualified in New York County
Term Expires November 30, 2009