UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLOMON LEAKE and
HAYDEN MAE LEAKE,

                Plaintiffs,                NOTICE OF DEPOSITION

        -against-                        07 Civ. 2947 (CM)

PHROSKA LEAKE McALISTER,                ECF CASE

                Defendant.
------------------------------------------------------------x

COUNSEL:

      PLEASE TAKE NOTICE that the plaintiffs, by their undersigned attorneys, will take the deposition upon oral examination of the defendant, PHROSKA LEAKE McALISTER, whose address is 116 West 23rd Street, 5th Floor #197, New York, New York 10011, by stenographic means, before a person authorized by law to administer oaths, at the offices of McGarry & Simon, 317 Madison Avenue, Suite 1511, New York, New York 10017, on March 21, 2008, at 10:00 a.m.

      The deposition will continue from day to day until completed.

Dated: New York, New York
       February 14, 2008

                                                    McGARRY & SIMON

                                                    By: _____
                                                    William A. Simon (WS-4604)

                                                    Attorneys for Plaintiffs
                                                    317 Madison Avenue, Suite 1511
                                                    New York, New York 10017
                                                    Telephone No. (212) 867-0100
                                                    Facsimile No. (212) 867-3243

TO:    PHROSKA L. McALISTER, ESQ.
          Attorney for Defendant
          116 West 23rd Street, 5th Floor #197
          New York, New York 10011
          Telephone No. (212) 475-7085