UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SOLOMON LEAKE and
HAYDEN MAE LEAKE,

                            Plaintiffs,                  NOTICE OF DEPOSITION

                          -against-                     07 Civ. 2947 (CM)

PHROSKA LEAKE McALISTER,                  ECF CASE

                            Defendant.
-------------------------------------------------------------x

COUNSEL:

      PLEASE TAKE NOTICE that the plaintiffs, by their undersigned attorneys, will take the deposition upon oral examination of ANN J. LEMON whose address is 95 West 95th Street, New York, New York 10020, by stenographic means, before a person authorized by law to administer oaths at the offices of McGarry & Simon, 317 Madison Avenue, Suite 1511, New York, New York 10017, on March 7, 2008, at 10:00 a.m. A copy of the subpoena is attached as Exhibit A.

      The deposition will continue from day to day until completed. You are at liberty to appear and examine the witness.

Dated: New York, New York
          February 14, 2008

                                                            McGARRY & SIMON

                                                             By: _____
                                                                 William A. Simon (WS-4604)

                                                             Attorneys for Plaintiffs
                                                             317 Madison Avenue, Suite 1511
                                                             New York, New York 10017
                                                             Telephone No. (212) 867-0100
                                                             Facsimile No. (212) 867-3243

TO:     PHROSKA L. McALISTER, ESQ.
           Attorney for Defendant
           116 West 23rd Street, 5th Floor #197
           New York, New York 10011
           Telephone No. (212) 475-7085