| | |
|---|---|
| SOLOMON LEAKE AND HAYDEN MAE LEAKE<br><br>Plaintiff(s)<br><br>- against -<br><br>PHROSKA LEAKE MCALISTER<br><br>Defendant(s) | Index #: 07 CIV 2947<br><br>Date Filed:<br>Court Date: March 7, 2008<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JUAN DELGADO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 19, 2008 at 06:12 PM at

95 WEST 95TH STREET APT 27-F
NEW YORK, NY 10025

deponent served the within true copy/copies of the SUBPOENA on ANN J LEMON, the witness/recipient therein named,

**AFFIXING TO DOOR** by affixing a true copy/copies of each to the door of said premises, which is the witness'/recipient's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the witness/recipient or a person of suitable age and discretion, thereat, having called there on:

February 13, 2008  AT  7:40 AM        February 15, 2008  AT  10:20 AM
February 19, 2008  AT  6:12 PM

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the witness/recipient at the witness'/recipient's last known residence at

95 WEST 95TH STREET APT 27-F
NEW YORK, NY 10025

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 20, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Spoke with MR. SMITH, DOORMAN, who stated that the witness/recipient lives at the aforementioned address but was unable to divulge the witness'/recipient's place of employment.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: February 20, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | JUAN DELGADO<br>License #: 916273<br>Docket #: 541450 |