UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLOMON LEAKE and
HAYDEN MAE LEAKE,                                    NOTICE OF MOTION FOR
                                                     SANCTIONS

                Plaintiffs,

             -against-                          07 Civ. 2947 (CM)

PHROSKA LEAKE McALISTER,                             ECF CASE

                Defendant.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying affirmation of William A. Simon, Esq., affirmed June 9, 2008 and the exhibits annexed thereto, the plaintiffs, Solomon Leake and Hayden Mae Leake, by and through their attorneys, McGarry & Simon, will move this Court pursuant to Rules 16(f) and 37(b)(2)A) and other applicable provisions of the Federal Rules of Civil Procedure for an order (a) prohibiting defendant from opposing the claims contained in the amended complaint or supporting her defenses thereto or introducing any evidence at trial; (b) striking defendant's answer and amended answer; (c) rendering a default judgment against defendant; (d) directing defendant to pay the plaintiffs' reasonable expenses, including attorney's fees, caused by her failure to obey the Case Management Plan Order herein and (e) awarding the plaintiffs such other, further, and different relief as to this Court shall seem

just and proper, upon the ground that defendant has failed to communicate or cooperate with plaintiff's counsel to prepare the Joint Pretrial Order, as required by the Case Management Plan Order herein.

Dated: New York, New York
      June 9, 2008

                          McGARRY & SIMON

                          /s/
                    By:_____
                       William A. Simon (WS-4604)
                    Attorneys for Plaintiffs
                    317 Madison Avenue, Suite 1511
                    New York, New York 10017
                    Telephone No. (212) 867-0100
                    Facsimile No. (212) 867-3243

TO:    PHROSKA L. McALISTER, ESQ.
        Pro Se Attorney for Defendant
        116 West 23rd Street, 5th Floor #197
        New York, New York 10011
        Telephone No. (212) 475-7085