# McGarry & Simon

ATTORNEYS AT LAW
317 MADISON AVENUE, SUITE 1511
NEW YORK, N.Y. 10017-5021
(212) 867-0100

FACSIMILE
(212) 867-3243

June 4, 2008

VIA FAX (212) 805-6326

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Solomon Leake and Hayden Mae Leake
             v. Phroska Leake McAlister
            07 CIV. 2947 (CM)

Hon. Judge McMahon:

      I represent the plaintiffs in the above-referenced action. The defendant is an attorney who is representing herself in this action.

      The filing of the Joint Pretrial Order is due today. On May 29 I emailed the defendant (which is her preferred mode of communication) the following:

> "The Joint Pretrial Order is due on June 4. Please send me and (sic) electronic copy of your text for insertion, as required by the Judge McMahon's Individual Rules."

      I have had no response from the defendant and am therefore unable to file the Joint Pretrial Order. I respectfully request instructions from the Court as to how I should proceed.

      Respectfully,

      /s
      William A. Simon

cc:    Phroska L. McAlister, Esq.
       Via email as requested: phroskany@hotmail.com