Leake vs Leake

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK
COUNTY OF   NEW YORK ss:

    I     Shanon McAlister,    duly affirms  under penalty of law, depose and say:

I am over 18 years of age and not a party to this action  and I reside in the State of New York.  On June 23, 2008  I served the within instrument upon Plaintiff's Attorney as   named in this proceeding,    by mailing a true copy of the attached papers, enclosed and properly sealed in  a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed  to:

William A. Simon
McGarry & Simon
317 Madison Avenue Suite 1511
New York, New York 10017-5021
212- 867-0100

                                                    _____/s/_____
                                                  **Shanon McAlister**