# MEMORANDUM ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SOLOMON LEAKE and
HAYDEN MAE LEAKE,

            Plaintiffs,

    -against-                             07 Civ. 2947 (CM)

PHROSKA LEAKE McALISTER,                 ECF CASE

            Defendant.
-----------------------------------------------------------x

NOTICE OF MOTION FOR SANCTIONS

      PLEASE TAKE NOTICE that upon the accompanying affirmation of William A. Simon, Esq., affirmed June 9, 2008 and the exhibits annexed thereto, the plaintiffs, Solomon Leake and Hayden Mae Leake, by and through their attorneys, McGarry & Simon, will move this Court pursuant to Rules 16(f) and 37(b)(2)A) and other applicable provisions of the Federal Rules of Civil Procedure for an order (a) prohibiting defendant from opposing the claims contained in the amended complaint or supporting her defenses thereto or introducing any evidence at trial; (b) striking defendant's answer and amended answer; (c) rendering a default judgment against defendant; (d) directing defendant to pay the plaintiffs' reasonable expenses, including attorney's fees, caused by her failure to obey the Case Management Plan Order herein and (e) awarding the plaintiffs such other, further, and different relief as to this Court shall seem

*Application denied. The pre-trial order shall be filed on or before July 29, 2008 in accordance with the schedule set at today's conference.*

SO ORDERED:   DATE: 6/24/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE